ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2006

at 5 o'clock and 10 min M
SUE BEITIA, CLERK

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

CV06 00527 JMS BMK

| United States District Court | District HAWAII |
|---|---|
| Name: AMERICA SALOMON PEREZ | Case No.: 1:05CR00220-003 |
| Place of Confinement: 5701 8th ST CAMP PARKS DUBLIN, CA | Prisoner No.: 92196-022 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| v. | AMERICA SALOMON PEREZ |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII.

   (b) Criminal docket number (if you know): 1:05CR00220-003

2. Date of the judgment of conviction: MAY 8, 2006

3. Length of sentence: 36 MONTHS

4. Nature of crime (all counts): TITLE 21 USC 846 AND 841(A)(1) CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐
   (2) Guilty ☒
   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. Kind of trial: (Check one)

      Jury ☐  Judge only ☒XX

7. Did you testify at the trial?

    Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?

    Yes ☐  No ☒xx

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐  No ☒x

If "Yes," answer the following:

(1) Docket number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

    (2) Docket number (if you know): _____

    (3) Nature of the proceeding: _____

(4) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(5) Did you receive a hearing where evidence was given on your motion, petition, application?

　　　　Yes ☐　No ☒

(6) Result: _____

(7) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket number (if you know): _____

(3) Nature of the proceeding: _____

(4) Grounds raised: _____

_____

_____

_____

_____

_____

(5) Did you receive a hearing where evidence was given on your motion, petition, or application?

　　　　Yes ☐　No ☒

(6) Result: _____

(7) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:　　　Yes ☒　No ☐

(2) Second petition:　　Yes ☐　No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state <u>briefly</u> every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. Summarize briefly the <u>facts</u> supporting each ground.

<u>CAUTION: If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief. Each one is a separate ground for possible relief. You may raise other grounds besides those listed. However, <u>you should raise in this motion all available grounds</u> (relating to this conviction or sentence) on which you base your claim that you are being held in custody unlawfully.

- Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
- Conviction obtained by use of coerced confession.
- Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
- Conviction obtained by a violation of the privilege against self-incrimination.
- Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- Conviction obtained by a violation of the protection against double jeopardy.
- Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
- Denial of effective assistance of counsel.
- Denial of right of appeal.

<u>Do not check</u> any of these listed grounds. If you select one or more of these grounds for relief, you must set out in the space provided below the facts that support your claims.

GROUND ONE:   <u>INEFFECTIVE ASSISTANCE OF COUNSEL</u>
<u>COUNSEL WAS SO INEFFECTIVE THAT NEVER HELP ME IN THE PROCESS OF MY CASE</u>
(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.): _____

_____
_____
_____
_____
_____
_____

_____
_____
_____

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☑

    (2) If you did not raise this issue in your direct appeal, briefly explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☑

    (2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____
_____
_____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☑

    (6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____
_____
_____
_____
_____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _____
_____
_____
_____
_____

GROUND TWO: VIOLATION OF CONSTITUTIONAL RIGHTS

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.): PETITIONER FEELS THAT NOT HAVING THE EFFECTIVE ASSISTANCE OF COUNSEL DEPRIVED HER OF HER CONSTITUTIONAL RIGHTS

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☑
   (2) If you did not raise this issue in your direct appeal, briefly explain why: _____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐  No ☑
   (2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐  No ☑
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐  No ☑
   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
       Yes ☐  No ☑
   (6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____

_____
_____
_____
(7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.): _____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, briefly explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____
_____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____

_____
_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _____

_____
_____
_____
_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just briefly state the facts that support your claim.): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, briefly explain why: _____

_____
_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state the type of motion, petition, or application, the name and

location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____
_____
_____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available. _____
_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," briefly explain: _____
_____
_____
_____

13. Is there any ground in this motion that has not been presented in some federal court? If so, which ground or grounds have not been presented, and briefly state your reasons for not presenting them: _____
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☐

If "Yes," state the name and location of the court, the case number, the type of proceeding, and the issues raised. _____
_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    _____

    (b) At arraignment and plea: _____

    _____

    (c) At trial: _____

    _____

    (d) At sentencing: _____

    _____

    (e) On appeal: _____

    _____

    (f) In any post-conviction proceeding: _____

    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    _____

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as codified in 28 U.S.C. § 2255 does not bar your motion.*

THIS MOTION IS WITHIN THE ONE YEAR LIMITATION

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as codified in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the relief to which he or she may be entitled.

*/s/ America Salomon Perez*
Signature of Attorney (if any)
AMERICA SALOMON PEREZ

---

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ _____ (month, date, year).

Executed (signed) on _____ (date).

*/s/ America Salomon Perez*
Signature of Movant (required)
AMERICA SALOMON PEREZ

\* \* \* \* \*

Model Form for Use in 28 U.S.C. § 2255 Cases

Involving a Rule 9 Issue (Abrogated)

[The advisory committee is developing a new form that makes extensive revisions to the existing form.]

## U.S. CONST AMEND VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the stated and district wherein the crime shall have been committed which district shall have been previously ascertained by law and to be informed of the nature and cause of the accussation.

Petitioner is not an expert in the law for this reasons petitioner ask this court to see this motion with leniency and have her sentence reduct based on a new evidence that was never presented to this courts before and would like this court to **GRANT** her a hearing and allow the truth to comeforward.

## STATEMENT OF THE ISSUES

1). Whether the government produced sufficient evidence to establish that the defendant used or possessed the quantity of the drugs

2). If petitioner plead knowingly and voluntarily

3). Whether defendants Fifth, Sixth and Fourteenth Constitutional Amendment rights were violated

4). Whether prosecutorial and governmental misconduct occured to broaden the possible bases for a conviction.

5). Whether counsel file petitioner's appeal and violated her constitutional rights.

6). Whether defendants court appoint counsel was an effective advocate on her behalf.

7). Whether the court erred in determined defendants base level offense.