# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00220JMS

CASE NAME: USA vs. (03) AMERICA SALOMON PEREZ

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: J. Michael Seabright      REPORTER:

DATE: 12/29/2006                 TIME:

COURT ACTION:  EO: Status Conference set for 10:00 1/2/07 is continued to 9:00 1/3/07 before Judge J. Michael Seabright.

Submitted by: Warren N. Nakamura, Courtroom Manager