# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/03/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00220JMS-03

CASE NAME:        United States of America vs. America Salomon Perez

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   Lynn Panagakos

INTERPRETER:      Miguel Saibene

JUDGE:   J. Michael Seabright        REPORTER:   Debra Chun

DATE:    01/03/2007                  TIME:       9:00 - 9:15

COURT ACTION:  1) Status Conference.  2) Evidentiary Hearing on 2255 Motion.

Defendant present in custody with counsel Lynn Panagakos.

Evidentiary Hearing on 2255 Motion continued to Friday, January 5, 2007 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager