cc, KSC

LYNN E. PANAGAKOS          7696
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: lynnpanagakos@yahoo.com

Attorney for Petitioner
AMERICA SALOMON PEREZ

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at __3__ o'clock and __15__ min. __P__ M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| AMERICA SALOMON PEREZ, | ) | CIV. NO.  06-00527 JMS/BMK |
| | ) | CR. NO.  05-00220 JMS |
| Petitioner, | ) | |
| | ) | NOTICE OF MOTION; MOTION TO |
| vs. | ) | WITHDRAW AS COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Date: |
| Respondent. | ) | Time: |
| | ) | Judge: |

## NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR.
United States Attorney
MARK A. INCIONG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii  96813

**PLEASE TAKE NOTICE** that the attached motion shall be heard on

_____, 2007 at _____.m., or as soon

thereafter as this matter may be heard, before the Honorable

_____, United States Magistrate Judge,

United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii.

DATED: Honolulu, Hawaii, _January 8,_____ 2007.

Respectfully submitted,

LYNN E. PANAGAKOS

Attorney for Petitioner
AMERICA SALOMON PEREZ