UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| AMERICA SALOMON PEREZ, | ) | CIV. NO. 06-00527 JMS/BMK |
|---|---|---|
| | ) | CR. NO. 05-00220 JMS |
| Petitioner, | ) | |
| | ) | MOTION TO WITHDRAW AS |
| vs. | ) | COUNSEL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

LYNN E. PANAGAKOS, ESQ. hereby moves to withdraw as counsel for petitioner AMERICA SALOMON PEREZ. This motion is made pursuant to Hawaii Rule of Professional Conduct 1.9(a).

Undersigned counsel moves to withdraw on the ground that she has a potential conflict of interest because she formerly represented Fermin Moran Flores, a co-defendant in Cr. No. 05-00220.

DATED: Honolulu, Hawaii, January 8, 2007.

Respectfully submitted,

/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS
Attorney for Petitioner
AMERICA SALOMON PEREZ