## CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of the foregoing document has been duly served on the following:

MARK A. INCIONG, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
PJKK Federal Building
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850

DATE: _____January 8_____, 2007, Honolulu, Hawaii.

_____
LYNN E. PANAGAKOS