# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR05-00220JMS

CASE NAME: USA v. (03) America Salomon Perez

ATTYS FOR PLA: Mark Inciong

ATTYS FOR DEFT: (03) Lynn Panagakos, outgoing counsel
(03) Emmett Lee Loy, incoming counsel

INTERPRETER: (03) Miguel Saibene

JUDGE: Kevin S. C. Chang         REPORTER: FTR C5

DATE: 1/10/2007                  TIME: 11:32-11:33:43am

COURT ACTION: EP: Motion to Withdraw as counsel as to Defendant (03) America Salomon Perez - defendant present, in custody with sworn interpreter Miguel Saibene.

No opposition by the government, Motion to Withdraw granted.

Emmett Lee Loy appointed as new CJA counsel.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager