# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/11/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00220JMS-03

CASE NAME:        United States of America vs. America Salomon Perez

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   Emmett Lee Loy

INTERPRETER:      Miguel Saibene

JUDGE:   J. Michael Seabright       REPORTER:   Cynthia Fazio

DATE:    01/11/2007                 TIME:       2:00 - 2:20

COURT ACTION:  Status Conference:

Defendant present in custody with counsel Emmett Lee Loy.

Discussion held regarding defendant's hearing aid.
Mr. Lee Loy will check with the FDC doctor as to how soon Ms. Perez can get her new hearing aid.

Mr. Lee Loy informed the Court that defendant might withdraw her motion for evidentiary hearing.
Mr. Lee Loy to file motion by January 25, 2007.

Hearing on the evidentiary hearing set for February 5, 2007 at 9:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager