ORIGINAL

EMMETT E. LEE LOY, #5689
758 Kapahulu Ave., #429
Honolulu, Hawaii  96816
Tel. No. (808) 922-0455

Attorney for AMERICA SALOMON PEREZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2007

at 10 o'clock 56 min. AM
SUE ____, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERICA SALOMON PEREZ,<br><br>  Defendant. | CIV. NO. 06-00527 JMS/BMK<br>CR. NO. 05-00220 JMS<br><br>**WITHDRAWAL OF DEFENDANT AMERICA SALOMON PEREZ'S MOTION FILED ON SEPTEMBER 27, 2006, UNDER 28 U.S.C. SECTION 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE; DECLARATION OF COUNSEL; DECLARATION OF DEFENDANT AMERICA SALOMON PEREZ; and CERTIFICATE OF SERVICE** |

**WITHDRAWAL OF DEFENDANT AMERICA SALOMON PEREZ'S
MOTION FILED ON SEPTEMBER 27, 2006, UNDER 28 U.S.C. SECTION
2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

   COMES NOW Emmett E. Lee Loy, counsel of record for Defendant AMERICA SALOMON PEREZ, in the above-entitled matters, and hereby WITHDRAWS Defendant AMERICA SALOMON PEREZ'S Motion filed on September 27, 2006, under 28 U.S.C. Section 2255, to Vacate, Set Aside, or Correct Sentence.

   Dated: Honolulu, Hawaii, January 18, 2007.

                                    _____
                                    Emmett E. Lee Loy
                                    Attorney for Defendant
                                    AMERICA SALOMON PEREZ