| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                          )<br>        Plaintiff,                              )<br>                                                          )<br>    vs.                                             )<br>                                                          )<br>AMERICA SALOMON PEREZ,              )<br>                                                          )<br>        Defendant.                            )<br>_____) | CIV. NO. 06-00527 JMS/BMK<br>CR. NO. 05-00220 JMS<br><br>**DECLARATION OF COUNSEL** |

### DECLARATION OF COUNSEL

I, EMMETT E. LEE LOY, hereby declare as follows:

1. Your Declarant is counsel for defendant, AMERICA SALOMON PEREZ (Ms. Perez), having been appointed pursuant to the Criminal Justice Act on January 9, 2007;

2. Your declarant has reviewed the files of this case extensively and met in person and discussed this case with Ms. Perez on a number of occasions since January 9, 2007, with the assistance of the Court-appointed interpreter, Mr. Miguel Saibene;

3. Through Mr. Miguel Saibene, Ms. Perez has made clear her decision to **WITHDRAW** her Motion filed on September 27, 2006, under 28 U.S.C. Section 2255, to Vacate, Set Aside, or Correct Sentence.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATED: Honolulu, Hawaii, January 18, 2007.

_____
EMMETT E. LEE LOY
Attorney for Defendant
AMERICA SALOMON PEREZ