|                                      |                                      |
| ------------------------------------ | ------------------------------------ |
| UNITED STATES OF AMERICA,            | ) CIV. NO. 06-00527 JMS/BMK          |
|                                      | ) CR. NO. 05-00220 JMS               |
| Plaintiff,                           | )                                    |
|                                      | ) **DECLARATION OF AMERICA**         |
| vs.                                  | ) **SALOMON PEREZ**                  |
|                                      | )                                    |
| AMERICA SALOMON PEREZ,               | )                                    |
|                                      | )                                    |
| Defendant.                           | )                                    |

### DECLARATION OF AMERICA SALOMON PEREZ

I, AMERICA SALOMON PEREZ, hereby declare as follows:

1. Your Declarant is Petitioner in Civ. No. 06-00527, and Defendant in Cr. No. 05-00220;

2. Your Declarant has met with my counsel, Emmett E. Lee Loy, on a number of occasions since January 9, 2007, regarding your Declarant's Motion filed on September 27, 2006, under 28 U.S.C. Section 2255, to Vacate, Set Aside, or Correct Sentence;

3. Following these consultations, it is now my decision to **WITHDRAW** my Motion filed on September 27, 2006, under 28 U.S.C. Section 2255, to Vacate, Set Aside, or Correct Sentence.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATED: Honolulu, Hawaii, January 18, 2007.

*America Salomon Perez*
AMERICA SALOMON PEREZ
Declarant