CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, **WITHDRAWAL OF DEFENDANT AMERICA SALOMON PEREZ'S MOTION FILED ON SEPTEMBER 27, 2006, UNDER 28 U.S.C. SECTION 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE, DECLARATION OF COUNSEL, DECLARATION OF AMERICA SALOMON PEREZ** and this **Certificate of Service**, were duly served upon the following persons by hand-delivery and/or First Class U.S. Mail, postage pre-paid:

> MARK INCIONG
> Assistant United States Attorney
> PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6-100
> Honolulu, Hawaii, 96850

DATED: Honolulu, Hawaii, January /8, 2007.

_____
EMMETT E. LEE LOY
Attorney for Defendant
AMERICA SALOMON PEREZ

2