# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/18/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 05-00220JMS-03

CASE NAME:         United States of America vs. America Salomon Perez

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:    Emmett Lee Loy

INTERPRETER:       Miguel Saibene

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 01/18/2007 | TIME: | 11:10 - 11:15 |

COURT ACTION:   Status Conference:

Defendant present in custody with counsel Emmett Lee Loy.

Natalie White, legal counsel at Federal Detention Center addressed the Court regarding the status of defendants hearing aid.

Submitted by:   Dottie Miwa, Courtroom Manager