# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/22/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CRIMINAL 05-220JMS-03

CASE NAME:      United States of America vs. America Salomon Perez

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:

DATE:    01/22/2007                    TIME:

## **MINUTE ORDER**

The Motion to Withdraw Motion to Vacate under 18 U.S.C. 2255 was filed Criminal 05-220JMS-03 on January 18, 2007, therefore, motion was terminated and Judgment may be entered in Civil 06-00527JMS-BMK.

Submitted by: Dottie Miwa, Courtroom Manager